Form odspb–odspab VAN–21)
Rev. 12/09

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Teresa Martinez

**BANKRUPTCY NO.** 2:10–bk–40647–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–4097
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 8/16/10

**Address:**
20441 Alaminos Dr
Santa Clarita, CA 91350

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

With a 180 Day Restriction against being a debtor, 11 U.S.C

Dated: August 16, 2010

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form odspb–odspab VAN–21) Rev. 12/09

**10 / LB2**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: lbangleC                Page 1 of 1                  Date Rcvd: Aug 16, 2010
Case: 10-40647                 Form ID: odspb                Total Noticed: 8

The following entities were noticed by first class mail on Aug 18, 2010.
db           +Teresa Martinez,    20441 Alaminos Dr,    Santa Clarita, CA 91350-1203
smg           Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA 90053-0200
cr           +American Home Mortgage Servicing, Inc.,    1525 S. Beltline Road, Suite 100 N,
               Coppell, TX 75019-4913
26996459     +CHAPTER 13 TRUSTEE,    NANCY CURRY,    606 S OLIVE ST,    LOS ANGELES CA 90014-1623
26996461     +NATIONAL DEFAULT SERVICING CORPORATION,    2525 EAST CAMELBACK RD   200,    PHOENIX AZ 85016-4224
26996460     +QUALITY LOAN SERVICE CORP,    2141 5TH AVE,    SAN DIEGO CA 92101-2101
The following entities were noticed by electronic transmission on Aug 17, 2010.
smg           EDI: CALTAX.COM Aug 16 2010 22:43:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
               Sacramento, CA 95812-2952
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
26996458*    +TERESA MARTINEZ,    20441 ALAMINOS DR,    SANTA CLARITA CA 91350-1203
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2010             Signature: *Joseph Speetjens*